# FORM   A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
Rev. 10/10          **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

**FILED**

JAMES J. VILT, JR. - CLERK

JUL 10 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Alexander Medina Ray Reid I

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. **4:24-CV-67-CRS**
(To be supplied by the clerk)

Comprehensive Correctional

Healthcare Nurse Leigh Ward.

Nichole Eagles,

Samuel Denny

Hopkins County Fiscal Court

(Full name of the Defendant(s) in this action)

(__) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Alexander Medina Ray Reid I

Place of Confinement: Hopkins County Detention Center

Address: P.O. Box 1030 Madisonville, Ky 42431

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: Terrell White

Place of Confinement: Hopkins County Detention Center

Address: P.O Box 1030 Madisonville, ky 42431

Status of Plaintiff: CONVICTED ( ✓ ) PRETRIAL DETAINEE (___)

(3)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).**  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant Comprehensive Correctional Healthcare is employed

as Medical at Hopkins county Detention center

The Defendant is being sued in his/her (___) individual and/or ( X ) official capacity.

(2)  Defendant Leigh Ward is employed

as Head Nurse at Hopkins County Detention Center

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(3)  Defendant Nichole Eagles is employed

as Sargeant / grievance officer at Hopkins county Detention center

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(4)  Defendant Samuel Denny is employed

as Sargeant / Appealant officer at Hopkins county Detention center

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

2

(5)  Defendant __Hopkins County Fiscal Court__ is employed

as _____ at __Hopkins County Detention Center__

The Defendant is being sued in his/her (___) individual and/or ( X ) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (___)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

    Plaintiff(s):    _____

                      _____

    Defendant(s):  _____

                      _____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

ARU

## III.  STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Plaintiff 1: Alexander Medina Ray Reid I
I am Lodged at Hopkins County Detention center. Each plaintiff/movant herein has followed the proper grievance procedures, as well as appeals to the highest level made possible, and hereby move to take civil action against the named defendants.
I am diagnosed with multiple mental health and emotional behavior disorders. Anxiety, Depression, Post-traumatic stress Disorder, Paranoia Schizophrenia, and Schizo-effective.
Both Jail staff, and Medical Staff, have been made aware of my diagnoses, and have showed deliberate indifference to my medical needs I am prescribed Multiple psychotropic Medications; Olanzapiene, zoloft, prazosin, Buspirone, and trazzadone.
On 6/6/2024 at 2:24 AM, I filed a request to the medical department with the following:

4



AR ②

## III. STATEMENT OF CLAIM(S) continued

"I am diagnosed with multiple mental and emotional health disorders. I am prescribed numerous Anti-Psychotic Medications. Is there any possible way I could see a mental health worker, to get my medications. I have no family to contact, to have my medications brought" On 6/7/2024 at 9:09 A.M. I recieved the following resolution: "Duplicate Request" On 6/14/2024 at 1:34 A.M. I placed a request (upon recieving my complaint Packet) with the following; What is the name of the medical company that represents this Detention Center and the name of the head nurse Nurse Practioner and the head physician?" On 6/14/24 at 11:29 A.M. I recieved the following resolution: "You may write a general request to the jail for this information" On 6/14/24 at 1:36 A.M I placed a general request Assigned to Brook Stratton with the following; "I need the name of the medical company that represents this Jail, the nurse practioner, and

AR(3)

## III. STATEMENT OF CLAIM(S) continued

the head nurse, the head physician for a civil matter. Thank you, Alexander Medina Ray Reid I. On 6/14/24 at 8:16 AM I recieved the following resolution: "Comprehensive Correctional care. all personnel wear name tags." On 6/14/24 at 1:23 A.M. I filed the following grievance: "I'm grieving for my Anti-psychotic medications, I was told my request to recieve them was a duplicate and this is the first time I've placed a medical request, since being incarcerated on this violation. I'm required to follow proper grievance procedure in order to proceed with a civil rights lawsuit. Mental health is a serious issue and needs to be taken as such." On 6/15/24 at 7:32 PM I recieved the following resolution. "A supervisor will talk with you, and you can place a sick call into medical." I appealed this resolution and on 6/17/24 at 9:24 Am recieved the following resolution: "The jail does not override medical decisions." Via Samuel Denny. On 6/15/24 at 7:38 PM I filed the following grievance



## III. STATEMENT OF CLAIM(S) continued

Assigned to Sergeant Nichole Eagles: "Medical told me that in order to recieve the names of the medical staff/personnel, that I must place a request to Jail Staff, when I did this, Brooke Stratton advised me that all personnel wear nametags. Every time I ask the medical personnel, the Jail Staff tell me that it is irrelevant, or tell me that it's none of my business. I need this information for legal purposes regarding my civil rights lawsuit, I cannot proceed without this information and withholding this information is a violation." On 6/17/24 at 8:55 A.M. I recieved the following resolution. "You must submit a request to Sgt. Denny for this information." On 6/17/24 at 3:18 PM I submitted a general request assigned to Sgt. Samuel Denny with the following: "Sgt. Denny, I need the names of head personnel of the Medical Department; Head Nurse, Nurse Practitioner, Head Physician, in order to proceed with my 1983 Civil rights

AP (5)

## III. STATEMENT OF CLAIM(S) continued

law suit. Thank you Alexander Medina Ray Reid I." On 6/19/24 at 11:02 AM I recieved the following resolution. "Dr. Scott Wilson, comprehensive correctional care." On 6/19/24 at 2:03pm I filed a general request Assigned to samuel Denny; "Sgt. Denny I also need the name of the practioner." I have not yet recieved a resolution to the request. Furthermore, i've been told by Jail, and medical staff, that Dr. Scott Wilson and Practitioner Kris Lewis, are no longer employed here. Deputy Malene Ball advised me that Leigh Ward is the Head Nurse, Kris Lewis wife of Jailer Mike Lewis, the practioner, and that Doctor Scott Wilson is no longer employed here. This leads me to believe the administration are withholding information in order to protect it's Staff from being held responsible.

In conclusion, all plaintiffs here in have been shown deliberate indifference to their medical needs, and proper resolution of legitimate



## III. STATEMENT OF CLAIM(S) continued

Complaints, a Violation of their constitutional rights Pursuant to;

501 Administrative Regulations 7:140 Prisoner Rights Section 8 Medical Stating that each prisoner shall be afforded Necessary Medical care as well as Section 6 Part (4) Grievance Procedure; The procedures Shall include provisions for resolution of legitimate claims.

Extended statement: On 6/21/2024 at 4:02 PM Nurse Leigh Ward, and Deputy Bell approached our cell (706) for Med pass. I attempted to make contact with Nurse Ward, in order to request the name of the Nurse Practitioner. Nurse Ward saw me approaching and attempted to hide behind the wall, while Snickering. I asked her why she was hiding and made my request. Her response was; "We don't give out Names.

Name Alexander Medric Ray Pratt
Inmate Uncensored Mail
Hopkins County Jail
P.O. Box 1030
Madisonville, KY 42431
This correspondence is from a person incarcerated
at the Hopkins County Jail

LOUISVILLE KY 400
8 JUL 2024    PM 4    L

U.S. District Court
423 Frederica St.
Owensboro, KY, 42301

Name Alexander Medric Ray Pratt
Inmate Uncensored Mail
Hopkins County Jail
P.O. Box 1030
Madisonville, KY 42431
This correspondence is from a person incarcerated
at the Hopkins County Jail

LOUISVILLE KY 400
8 JUL 2024    PM 4    L

U.S. District Court
423 Frederica St.
Owensboro, KY, 42301

USA FOREVER