UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISON

**ALEXANDER MEDINA RAY REID, I**                                                                 **PLAINTIFF**

**v.**                                                                 **CIVIL ACTION NO. 4:24-CV-P67-CRS**

**COMPREHENSIVE CORRECTIONAL HEALTHCARE** *et al*.                 **DEFENDANTS**

**ORDER**

    For the reasons set forth in the Memorandum and Order entered September 6, 2024 (DN 9), and the separate Memorandum entered this date, and the Court being otherwise sufficiently advised,

    **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    There being no just reason for delay in its entry, this is a **final Order**.

    The Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: October 9, 2024

Charles R. Simpson III, Senior Judge
United States District Court

cc:   Plaintiff, *pro se*
4411.011